IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |  | |
|---|---|---|---|
| SOLERS, INC | ) | | |
|     PLAINTIFF | ) | | |
| | ) | | |
| v. | ) | CIVIL ACTION NO. 1:14-CV-1548 | |
| | ) |     LMB/JFA | |
| | ) | | |
| INTERNAL REVENUE SERVICE | ) | | |
| | ) | | |
|     DEFENDANT | ) | | |
| | ) | | |

Notice of In Camera Submission

PLEASE TAKE NOTICE that on May 11, 2015 pursuant to the Court's Order of May 8, 2015, the Internal Revenue Service submitted for in camera ex parte review all of the documents withheld from the plaintiff in its response to the plaintiff's request under the Freedom of Information Act. The documents are in two sets: The first set of pages contains an unredacted copy of the twelve pages that are responsive to the Plaintiffs request but were withheld in whole or in part. The second set of pages contains a redacted copy of the same twelve pages in the form that they were released to the Plaintiff. The Service withheld these pages - in full or in part - as follows:

| | Description | Withheld in Full or in Part |
|---|---|---|
| 1 | Revenue Agent's Handwritten Notes | In Full |
| 2 | Revenue Agent's Handwritten Notes | In Full |
| 3 | Revenue Agent's Handwritten Notes | In Full |
| 4 | Revenue Agent's Handwritten Notes | In Full |
| 5 | Revenue Agent's Summary Report | In Full |
| 6 | Email from Dennis Cohen | In Part |
| 7 | Email from Dennis Cohen | In Part |
| 8 | Case Review Checksheet | In Part |

| 9 | Revenue Agent's Activity Report | In Part |
| 10 | Graph Created by Revenue Agent | In Full |
| 11 | Pages from Account Transcript contained in Individual Master File | In Part |
| 12 | Pages from Account Transcript contained in Individual Master File | In Part |

Dated: May 11, 2015

                                                              RESPECTFULLY SUBMITTED

                                                              DANA J. BOENTE
                                                              UNITED STATES ATTORNEY

BY

                                                              /S/
                                                             R. JOSEPH SHER
                                                            ASSISTANT UNITED STATES ATTORNEY
                                                            OFFICE OF THE UNITED STATES ATTORNEY
                                                            JUSTIN W. WILLIAMS UNITED STATES ATTORNEYS BUILDING
                                                                   2100 JAMIESON AVE.,
                                                                   ALEXANDRIA, VA. 22314
                                                                   TELEPHONE:  (703) 299-3747
                                                                   FAX:            (703) 299-3983
                                                                   E-MAIL       JOE.SHER@USDOJ.GOV

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Robert J. Cunningham, Jr.
Virginia State Bar No. 27547
REES BROOME, PC
1900 Gallows Road, Suite 700
Tysons Corner, VA 22182
Tel: (703) 790-1911
Fax: (703) 847-0463
rcunningham@reesbroome.com
*Counsel for Solers, Inc.*
Mariam W. Tadros
Virginia State Bar No. 75502
REES BROOME, PC
1900 Gallows Road, Suite 700
Tysons Corner, VA 22182
Tel: (703) 790-1911
Fax: (703) 847-0463
mtadros@reesbroome.com
*Counsel for Solers, Inc.*

Dated: May 11, 2015

          /s/
R. Joseph Sher
ASSISTANT UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
JUSTIN W. WILLIAMS UNITED STATES ATTORNEYS BUILDING
    2100 JAMIESON AVE.,
    ALEXANDRIA, VA. 22314
    TELEPHONE: (703) 299-3747
    FAX: (703) 299-3983
    E-MAIL JOE.SHER@USDOJ.GOV
Attorney for the Defendant