IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

SOLERS, INC.,                              )
                                           )
           Plaintiff,                      )
                                           )
     v.                                    )        1:14cv1548 (LMB/JFA)
                                           )
INTERNAL REVENUE SERVICE,                  )
                                           )
           Defendant.                      )

## ORDER

For the reasons stated in open court, plaintiff's Motion for Summary Judgment [Dkt. No.

22] is DENIED, defendant's Motion for Summary Judgment [Dkt. No. 19] is GRANTED, and it is

hereby

ORDERED that judgment be and is entered in favor of the defendant.

The Clerk is directed to enter judgment in defendant's favor pursuant to Fed. R. Civ. P. 58

and to forward copies of this Order to counsel of record.

Entered this 15 day of May, 2015.

Alexandria, Virginia

                                                    /s/
                                          Leonie M. Brinkema
                                          United States District Judge